CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 08 2012

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| DARRYL EVAN WHIDBY, | ) | |
|     Petitioner, | ) | Civil Action No. 7:12-cv-00353 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| AYLOR, | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Whidby's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED without prejudice**, Whidby's motion to proceed *in forma pauperis* (Docket No. 2) is **DENIED as moot**, and this action shall be **STRICKEN** from the active docket of the court.

Further, finding that Whidby has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

**ENTER**: This 8th day of August, 2012.

                                                United States District Judge